Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

24 CV 6377

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** **Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Earlean Bozeman

*[FILED stamp: UNITED STATES DISTRICT COURT FILED JUN 17 2024 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY]*

-vs-

**B.** **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Progressive Corporation CEO
2. Tricia Griffith
3. Under Written: Progressive max Insurance company
4. Geecho Geico Auto
5. Liberty Mutual
6. _____

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Discrimination, Racketeering, Money Laundering, Elderly abused, Fraud

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: MONROE County

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Racketeering DEiscriminGtion Against An Elderly person, Age, Race, Disability, personal Injury, Harrasement, Badagering, Money Laundering against Eldery, Causing medical stress, Mentally & Physical illness, by constant harrassment Causing mental stress

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Earlean Bozeman

Present Address: PO Box 67803 - No Stable physical Address at Present Rochester, NY 14617

Name of Second Plaintiff:

Present Address:

**DEFENDANT'S INFORMATION  NOTE:** *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Tricia Griffith

Official Position of Defendant (if relevant): CEO

Address of Defendant: Progressive Corporation Headquarters 6300 Wilson Mills Rd. United State, Mayfield, Ohio 44143

Name of Second Defendant: Progressive Writer, Robert Lane, Progressive

Official Position of Defendant (if relevant): Auto Quote Paris-Kirwan Associates

Address of Defendant: 255 East Avenue, Suite 300, Rochester, NY, 14604 Progressive MAX Insurance Co. PO Box 31260, Tampa, Florida 33631

Name of Third Defendant: Geico Corporate Headquarter

Official Position of Defendant (if relevant): Geico Rate Quote

Address of Defendant: 5260 Western Avenue, Chevy Chase, MD 20815

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**? Yes ☒  No ☒

If Yes, complete the next section.  NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

Plaintiff(s):

Defendant(s):_____

_____

2.    Court (if federal court, name the district; if state court, name the county):_____

_____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

5.    The approximate date the action was filed:_____

6.    What was the disposition of the case?

Is it still pending?  Yes [  ]  No [  ]

If not, give the approximate date it was resolved._____

Disposition (check those statements which apply):

[  ] Dismissed (check the statement which indicates why it was dismissed):

[  ] By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

[  ] By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

[  ] By court due to your voluntary withdrawal of claim;

[  ] Judgment upon motion or after trial entered for

[  ] plaintiff
[  ] defendant.

## 5.  STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action.  You **must** include a statement of the facts which you believe support each of your claims.  In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted.  Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial."  Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) *;2022— until present.' Progressive Insurance Company*,

defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _____

*Tricia Griffith (CEO) Michelle Croom, Jeanette Dumas, Adam Brewer Progressive has caused me so much Stress, uncount*

3

did the following to me (*briefly state what each defendant named above did*): Discrimination, hurt, deep of panic, pain and Suffering, mental stress, high blood pressure, Elderly abused, with their price Gouging, and Racketeering, involving other insurance brokers which I never agreed to have a policy with, Sending other insurance Brokers to me to write a high policy, when I have never had a driving violations over 40-50 years. Cancel my insurance without notice. Causing me to pay DMV

The federal basis for this claim is: $3160.00. To stop progressive and all of their underwriter their Insurance Broker for Price Gouging

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*
To Stop Progressive from Racketeering, Price Gouging, discrimination Elderly abused, penalize them for Fraud rude Speed. To Reimburse me for all my pain & Suffering & discrimination)

**B. SECOND CLAIM:** On (*date of the incident*) Gieco Insurance, 4-2-2024 ,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Price Gouging Racketeering, These defendants are working together in a ring of Racketeering to write insurance when progressive

did the following to me (*briefly state what each defendant named above did*): They cancel your insurance without notice; They will send you to Gieco and other insurance agencys to have you purchase insurance on your car knowing that they are in with these companies to defraud you out of money which is price Gouging, Fraud and Racketeering. Fraud by their underwriter which they approved for the Fraud

The federal basis for this claim is: Prove to the Court that Fraud, Racketeering Price Gouging, discrimination, Elderly Abuse, Causing mental Stress

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:*
I would like the Court to do for me is to Stop all this unethical Conduct from going on against me and other Consumer from these insurance companies. Pay me pain & Suffering + mental Stress

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Progressive & Geico can never releive me & all my pain and suffering, mental stress in what they have caused to my body & my mind. I would like for them to pay me 110,000,000.00 for all what they caused me. My suffering from Progressive has been unbarable for help in. There is no way a company should imposed this type of suffering upon any individual because of greed.

Do you want a **jury trial**? Yes [X]   No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on   June 13, 2024
                    (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Carlean Miller Bozeman

_____

Signature(s) of Plaintiff(s)

5

*Exhibit A. List of Progressive Employees I Spoken to because of my Cancellation*

**[EXT]:Fwd: This is a list of the progressive employees I spoke with when I found out that they had cancelled my insurance on February 22nd. Progressive didn't let me know that my insurance was cancelled by them until I went to pick up my mail at my pos...**

Earlean Bozeman <earlmiller276@gmail.com>

Fri 6/14/2024 1:47 PM

To:Print & Marketing Services 1864 <print.marketing1864@staples.com>

You don't often get email from earlmiller276@gmail.com. Learn why this is important

---------- Forwarded message ---------
From: **Earlean Bozeman** <earlmiller276@gmail.com>
Date: Fri, Jun 14, 2024, 1:30 PM
Subject: This is a list of the progressive employees I spoke with when I found out that they had cancelled my insurance on February 22nd. Progressive didn't let me know that my insurance was cancelled by them until I went to pick up my mail at my post office box and found the cancellation notice from DMV in the mail. It's costing me $360.00.
To: Tabetri Miller <tabetricmiller@gmail.com>

This is the list of of all the peoples I spoke with within that week after finding out my insurance was cancel and they took me through all this stress and none could help me. This went on for over 2 month almost. Even within the second month they wouldn't allow no other company to write me insurance but they were sending me to their brokers and the GEICO company who said they could give me coverage for over 2k only liability for six months. This was nothing but Racketeering, fraud, price gouging and elderly abused. I haven't had a driving violation I've forty years.

List of the progressive employees as follows:
Tammy ex: ID-20821 (1800-888-7764)
Angelia, supervisor, ID. a114679
Aurelle phone: 440-697-7808
Christian phone number: 440-566-6436
Agent Choice, broker: phone number: 1800-935-7332
Tiffany & Stacy ID. Number: 191072
Bryanne Florida license supervisor agency ID No:182206
Rose Supervisor:ID No: 129429
Olivia ID-NO: 61414
Autumn Ingrim Supervisor ID: 188735
Richard service Agency 242- Ext. 3237
David March ID: 29-2024
Mark ID. 1112322
Brutt ID: 64135
News on ID: 19342
Rebecca ID: 3321532
Fernando: 979-561-155
Progressive underwriter Team confirmation
1800-766-4737

Shelia refused to give out her id in 6-6 24 when I question her what the $40.00 was added to my bill when I had paid my insurance in full. She hung up the phone on me when I asked her for her I D number. I call back and a lilly gave me her ID number: 200-507 and she looked it up and sent me an email showing a 00 balance. Which is attached to the exhibit.

**[EXT]:Fwd: Your Progressive bill is now available**

Earlean Bozeman <earlmiller276@gmail.com>

Fri 6/14/2024 2:48 PM

To:Print & Marketing Services 1864 <print.marketing1864@staples.com>

---------- Forwarded message ---------
From: **Progressive** <customerservice@e.progressive.com>
Date: Sun, May 19, 2024, 11:52 PM
Subject: Your Progressive bill is now available
To: <earlmiller276@gmail.com>

# PROGRESSIVE

# Your bill is ready

Pay or view bill

Just a reminder, your next payment of **$40.00 for your auto policy is due on 06/04/2024.** It's easy to pay right now online, or you can schedule a future payment.

### Your Payment Details

**Amount Due**

## $40.00

**Due Date**

## 06/04/2024

**Policy Number**

## 979561155

**[EXT]:Fwd: Progressive policy change confirmation**

Earlean Bozeman <earlmiller276@gmail.com>

Fri 6/14/2024 1:53 PM

To:Print & Marketing Services 1864 <print.marketing1864@staples.com>

---------- Forwarded message ---------
From: **Progressive** <customerservice@e.progressive.com>
Date: Thu, Jun 6, 2024, 12:09 PM
Subject: Progressive policy change confirmation
To: <earlmiller276@gmail.com>

## PROGRESSIVE

# Policy change confirmation

Please see the information below in regards to your policy.

| | |
|---|---|
| **Effective Date:** | 06/06/2024 |
| **Policy Type:** | Auto |
| **Confirmation #:** | 105407 |
| **Rate Change:** | $0.00 change |

View More Details

## Access your ID cards anytime

It's easy to get your ID cards online, all the time, day or night—it's that simple.

## [EXT]:Fwd: FRAUDULENT: BUSINESS PRACTICE

Tabetric Miller <tabetricmiller@gmail.com>

Fri 6/14/2024 1:52 PM

To:Print & Marketing Services 1864 <print.marketing1864@staples.com>

---------- Forwarded message ---------
From: **Tabetric Miller** <tabetricmiller@gmail.com>
Date: Thu, Jun 8, 2023, 5:01 PM
Subject: Re: FRAUDULENT: BUSINESS PRACTICE
To: <tricia_griffith@progressive.com>

Dear Ms. Griffith: this is a matter that need your strict attention. I call today and left a message at your office for you to call me, but I also wanted to email you.  My name is Earlean Bozeman. I've been with Progressive for almost  two years. When I came into Progressive I was somewhat apprehensive with the service even though  I had some skepticism about it but i enroll in Progressive  anyway for service. Reason is that they was giving me high prices with my full coverage on my 2011 cadillacl when the car was over 14 years old. Plus I never had and accident over thirty or forty years. I haven't had a violation on my license for over forty year. Although my car had be hit and runs by  some perpetrator who wouldn't take the time to tell me or leave a note on my car as to why they hit my car. The police was call  both time and I was given a police report. I was insured  with Geicho at the time. When I left them Geicho, I went with Progressive company. When I taken out the insurance on my car it was for liability only. Your rate was much to high for me to continue get comprehensive coverage on my car. At the end,  almost of the six month renewal,   your people sent me an increase of a one time payment stating that I didn't give them a change of address when I was still living at 111 Tyler Street. "I paid it." Because I was told by Michell Croom my insurance policy would be cancel if I didn't pay it. Thereafter each time they would increased my policy a month before the policy renewal. Not they're doing it each month now with an incressed. After each month,  within two or four months before the ending of my policy renewal,  they will  send me another increased in my I policy: they will   state that,  when I moved,  that I never told them where I was living which was another lie.  My house was sold from underneath me  April. I moved out on JULY, 7th. 2022 OF LAST YEAR AFTER LIVING  THERE FOR ALMOST THIRTY YEARS BY THE LANDLORD  SON. I sent my information to Michell Croom who was the information intake person. Somehow Progressive proclaim that they didn't get the information which was a lie. Michell Croom said that I had to pay the $84 extrat dollars to keep my insurance enforce. I have been under a lots of stress since I have been displace and living in and out of different hotels. I took and I sent to Progressive many  copies  by email of all the Resident where I have been living in and out of hotels since my displacement, plus my PO Box number. They lied and said that they didn't have the PO Box number which was all lies. They didnt send my  mail to it because they didnt want to.  They continue to send my mail to 111 Tyler street. I have every copy. So if you thought i was still at 111 Tyler street then why are you chargeing me extra money and saying i  didnt give you proof of where i was living, that does not make sense. I gave to them over thirty five or forty copies of emails where i was living out of all these hotels,  with some of them,  with my hotels  bills artatched, which was my own privacy.  Then they're going to send me a darn tracker to put in my car so that they can track me, and they sent me an email if I don't send it back they're  going to make me pay, "make me pay they said $50.00 they said."  Pay them $50.00. I have copies of it to. Thats to going into the hands of  my attorney and the Justice Department, all of  this is going into court with me. What insurace company have a right to track you. " Thats criminals." THEY'RE liars and crooks and thiefs.

They lie all the times. I have all kinds of mail from Progressive.  My other creditors who has the POBox number as proof when your people' lied and said that they didn't have my PO Box number. I gave it to Michell Croom plus I sent her emails with all kind of copies as to where I was living at the Hampton, Inn where my car were park, I have proof, the Home 2 Suite Hotel in Greece where i was living, my car were parked. This year when i moved out of Greece at the Residence Inn on Patty Creek Circle, in January, 2023 where I was living. I moved into the  the Residence Inn on Jefferson Road in Henrietta where I was living and the last of my stay was at the Best Western on Jefferson Road in Henrietta.  I left to go on vacation in Florida with my daughter in may to vacation myself. Since then I told this Fraud scammer,  Michell Croom she has increased my insurance  to  $111.00,  last month. Each time I question her about my increased and tries to get in touch with her. She don't answer her phone and she won't call me back when I leaves her a message. She knows what went on. Each time I would ask her things about the increased in my insurances she finds a way to increase it more. I'm  filing a lawsuit against her in my lawsuit, I'm nameing her out. Now she has had someone to send me another bill for an additional $216.00 stating for the 22nd of this month payment. When hell freezes over. They better not cancel my insurance policy.  They sent me a tracker to put on my car which I never install because it's in  my mail.  I sent them an email stating my approach which i will take against them for all they have done to me with this unethicsl conduct, which has caused me stress, anxiety and blood pressure problem. I refused to send then another document. I will bring a lawsuit against Progressive for all this unethical conduct.  Michell Croom is a part of this Fraudulent scam. I will exposures Progressive for what it is if I don't get a peaceful resolution from all  what they have done and is still doing  to me. I have all their emails,  copies, the payment, plus my increased each month on my policy. Email from your underwriter,  telling me I have to produce to you all these documents.  When this person  rewrote this  policy it shouldnt have been a new policy, i thiught it was my renewal when  i metvwith her in her office. I thought that she just renewed it. Each time I would call to speak with her, she had an excuse as to why she couldn't meet with me. It was always she was sick and couldn't meet with  me or some othervexcuse.  I have copies of all emails from your people's. I don't think that I should have to give to Progresdive all my personal copies of my hotel each month with all my bills attatch to it to prove to them where I've been living just to keep an insurance policy inforce. This is criminal,  you're are criminalizing me, plus im a Black elderly lady and its discriminatory. I'm going to report it to the Federal united state Justice Department for discrimination and to the Federal insurance commission along with NY state DEPARTMENT OF  FINANCE. THIS IS a pattern of Practice what going on in PROGRESSIVE. MICHELL Croom is one of the wing leaders into this Fraud activities. You can contact me asap or call but I will let you know of the action that will be take up by my attorney.  I will not let this pass this have caused me sickness in my body by all this stress and anxieties by your people's at Progressive. Just to let you know I have all copies plus your welcome package accepting  me to continue in your company with insurane from your company. Ms. Earlean Bozeman.

On Thu, Jun 8, 2023, 3:26 PM Tabetric Miller <tabetricmiller@gmail.com> wrote:

## [EXT]:Fwd: Earlean, you have an upcoming payment due.

Tabetric Miller <tabetricmiller@gmail.com>

Fri 6/14/2024 1:57 PM

To:Print & Marketing Services 1864 <print.marketing1864@staples.com>

You don't often get email from tabetricmiller@gmail.com. Learn why this is important

---------- Forwarded message ---------
From: **Earlean Bozeman** <earlmiller276@gmail.com>
Date: Tue, Dec 26, 2023, 1:45 PM
Subject: Fwd: Earlean, you have an upcoming payment due.
To: Tabetri Miller <tabetricmiller@gmail.com>

---------- Forwarded message ---------
From: **Progressive** <customerservice@e.progressive.com>
Date: Tue, Dec 19, 2023, 10:57 AM
Subject: Earlean, you have an upcoming payment due.
To: <earlmiller276@gmail.com>

*PROGRESSIVE*

# Your payment is due

Hello! Here's a friendly reminder that your payment due date is coming up.

Your payment of $103.83 for your auto policy is due on 12/22/2023. It's easy to make or schedule a payment online right now.

> **Pay now**

## Your payment details

*Exhibit B - Price Gouging, Racketeering*

## [EXT]:Fwd: Auto Insurance quote JUST LIABILITY

Earlean Bozeman <earlmiller276@gmail.com>
Wed 6/12/2024 4:21 PM
To:Print & Marketing Services 1864 <print.marketing1864@staples.com>

You don't often get email from earlmiller276@gmail.com. Learn why this is important

---------- Forwarded message ---------
From: **Whitte, Reginald(Contractor-GFR)** <reginaldwhitte@geico.com>
Date: Thu, Jun 6, 2024, 4:37 PM
Subject: Auto Insurance quote JUST LIABILITY
To: earlmiller276@gmail.com <earlmiller276@gmail.com>

### Your Down Payment Is

# $410.74

### + 4 Monthly Payments of:
### $405.74 each

### Reg Whitte 585-271-2886

Sensitivity: Company-Internal

====================
This email/fax message is for the sole use of the intended
recipient(s) and may contain confidential and privileged information.
Any unauthorized review, use, disclosure or distribution of this
email/fax is prohibited. If you are not the intended recipient, please
destroy all paper and electronic copies of the original message.

View this email in your browser

**GEICO.**

Earlean Bozeman Bozeman
Reference Number: 548369T5705913

##  Thanks for getting a GEICO quote

Below is your auto insurance quote. Your 6 month rate is **$2008.70**.

You can start your policy today by simply calling **1-800-841-5660** and providing reference number **548369T5705913**.

## $ Payment Options

| | Pay in Full | | 5 PAY 25% DOWN | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Due Date | Amount Due | Due Date | Amount Due | Due Date | Amount Due | Due Date | Amount Due |
| 1st Payment | 04/02/2024 | $2,008.70 | 04/02/2024 | $510.92 | | | | |
| 2nd Payment | | | 05/03/2024 | $380.70 | | | | |
| 3rd Payment | | | 06/03/2024 | $380.70 | | | | |
| 4th Payment | | | 07/03/2024 | $380.70 | | | | |
| 5th Payment | | | 08/03/2024 | $380.68 | | | | |
| 6th Payment | | | | | | | | |

There may be additional service fees which vary by state and the payment plan you select. Additional state or local charges apply in some locations.

##  Quoted Drivers

Earlean Bozeman Bozeman

 ## Quoted Vehicles

2011 CAD SRX

 ## Quoted Coverages

| Quoted Coverage | Quoted Coverage Limit | Quoted Premium |
| --- | --- | --- |
| Bodily Injury Liability | $50,000/$100,000 Spousal | $603.20 |
| Property Damage Liability | $25,000 | $932.70 |
| Residual Medical Payments | I decline | $0.00 |
| Additional Personal Injury Protection | I decline | $0.00 |
| Optional Basic Economic Loss | I decline | $0.00 |
| Uninsured Motorist - New York | I decline | $0.00 |
| Supplementary Uninsured/Underinsured Motorist Coverage | $50,000/$100,000 | $124.20 |

| 2011 CAD SRX | Quoted Coverage Limit | Quoted Premium |
| --- | --- | --- |
| Comprehensive (Excluding Collision) | I decline | $0.00 |
| Collision | I decline | $0.00 |
| Personal Injury Protection(PIP) | OPT-A | $343.60 |
| Rental Reimbursement | I decline | $0.00 |
| Emergency Road Service | I decline | $0.00 |

Our estimated insurance quote is for a typical coverage package based on the information that you provided. Additional coverage selections are available. Your actual premium may be higher or lower depending on the additional information you provide, information we receive from other sources (such as consumer reports), the coverages, limits, and deductibles you choose, as well as any applicable discounts.

This email was sent to you at the following email address: earlmiller276@gmail.com

Contact Us                              Privacy Policy



**NEW YORK STATE** | **Department of Motor Vehicles**

## INSURANCE SERVICES BUREAU
### 6 EMPIRE STATE PLAZA • ALBANY, NY 12228

BOZEMAN,EARLEAN,W
PO BOX 67803
ROCHESTER, NY 14617

Date: May 3, 2024
Plate Number(s):  HNM5444
Case Number      T240222

We are returning your check/money order for $360.00. Your civil penalty/termination fee cannot be processed for the reason(s) indicated below:

☐ Under Section 318.1(e) of the Vehicle and Traffic Law, a suspension is not required if the vehicle was registered and uninsured for not more than 7 days. Therefore, you do not have to pay a civil penalty. This provision is available only once during any 36 month period.

☐ Your vehicle was registered and uninsured for ___ days; the civil penalty amount is ___ . Please return the correct amount by money order, bank check or certified check made payable to "Commissioner of Motor Vehicles" to the address above or pay online at www.dmv.ny.gov

☐ You must send acceptable proof of liability insurance coverage, as specified on the enclosed card (FS-499AP), "Acceptable Insurance Proof", to the address above or post proof online at www.dmv.ny.gov

☐ We cannot accept personal checks. All civil penalties/termination fee must be paid by money order, bank check or certified check made payable to "Commissioner of Motor Vehicles" to the address above or pay online at www.dmv.ny.gov

☐ Your vehicle was registered and uninsured for more than 90 days, so the civil penalty option does not apply in this case. You must turn in your plates and driver license to a Motor Vehicle office.

☐ The civil penalty option may be used only once during any 36 month period. You used this option on ___ , so you cannot use it again now. Therefore, you must turn in your plates. To avoid an unnecessary trip, please call your local Motor Vehicle office to verify that you can turn in your plates to that office.

☐ Attached is your check or money order for ___ . DMV's endorsement of your check or money order has been canceled. You may use this letter as proof of the cancellation.

☐ You must contact your insurance agent or company and request that they file an electronic reinstatement or new business transaction with the Department of Motor Vehicles regarding

☐ There are multiple cancellations on your registration, please contact your insurance company to rescind the incorrect one.

☐ You must surrender your license plates to the NYS Department of Motor Vehicles. If your plates have been either lost or stolen you must report this to your local police department who will provide you with a MV-78B, Report of Lost or Stolen Plates. If for any other reason the plates are not in your possession, you must provide a notarized statement explaining where the plates are and the reason they cannot be surrendered.

☐ Your credit card was declined. We were unable to process your payment.

☒ Other: Counter checks are not acceptable. Acceptable payment options are: Personal Check, Bank Check,Cashier Check or Money Orders.

INSURANCE SERVICES BUREAU
By: XB

## www.dmv.ny.gov

New York State
Department of Motor Vehicles

```
REGISTRATION SUSPENSION TERMINATED
     PAYMENT OF CIVIL PENALTY
INSURANCE CANCELLED       2/22/24
OLD INS   PROGRESSIVE SPEC INS CO
ORDER NUMBER             C404061
LENGTH OF LAPSE          42 DAYS
PAYMENT AMOUNT             360.00
```

| PLATE | REG TYPE | YR | MAKE | REG EXPIRES |
|-------|----------|-----|------|-------------|
| HNM5444 | PAS | 2011 | CADIL | 03/01/25 |

```
CIVIL PENALTY OPTION ALLOWED
ONCE IN A THREE YEAR PERIOD
```

VIN    3GYFNAEY6BS510939
SURRENDER DATE
ITEMS SURRENDERED


```
BOZEMAN,EARLEAN,W
PO BOX 67803
ROCHESTER      NY    14617
```

```
5451329H MAY 23 2024
SSR RCH638     20240523143346
```

5451329H

FS-6T (1/21)    COMMISSIONER OF MOTOR VEHICLES     PART 2

Customer Copy

OFFICIAL CHECK

091552777

Date  05/23/2024

$     ***  360.00

Remitter  EARLEAN BOZEMAN

Pay To The  COMMISSIONER OF MOTOR VEHICLES
Order Of

Drawer:   KeyBank

935 - E. HENRIETTA
Rochester, New York

Memo: PROGGRESIVE PENALTY TOWARD ME

TERMS

KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

# Department of Motor Vehicles

**NEW YORK STATE**

# INQUIRY LETTER

dmv.ny.gov

03/07/2024

BOZEMAN,EARLEAN,W
PO BOX 67803
ROCHESTER NY 14617

**\*THIS LETTER REQUIRES YOU TO TAKE ACTION\***

Dear Registration Customer:

We are sending you this letter because DMV was recently notified by **PROGRESSIVE SPEC INS CO** that liability insurance coverage on the vehicle registered in your name and described below was cancelled at 12:01 a.m. on **02/22/2024** . As of the date of this correspondence, no insurance company has notified DMV that they insure this vehicle in your name.

You are required to maintain valid insurance coverage for the entirety of the registration period. Failure to maintain insurance coverage on a registered vehicle may require DMV to suspend **both your registration and driver license.**

**IF THE VEHICLE IS INSURED - PROVIDE PROOF OF INSURANCE IMMEDIATELY**
The quickest and easiest way to address this matter is to:

(1) Provide proof online at **dmv.ny.gov/insuranceproof**. To provide proof by mail, send the bottom portion of this letter along with a NYS Insurance ID card in your name for this vehicle to: **NYS DEPARTMENT OF MOTOR VEHICLES, FINANCIAL SECURITY BUREAU, BOX 2725, EMPIRE STATE PLAZA, ALBANY, NY 12220-0725**. There is no need to visit a DMV office. DMV will confirm the validity of any proof of insurance that you provide.

(2) Contact your insurance company. Your insurance company MUST submit their confirmation of coverage to DMV. You may be receiving this letter because DMV has not been notified by your insurance company.

After DMV receives proof of insurance, you will be notified of the status of your record.

**\*\*If there is or was a lapse of insurance coverage for any amount of time, the number of days you were uninsured will be calculated.** DMV will notify you of the lapse period and inform you of the options available. You may have to surrender your plates for a period of time equal to the lapse period. A civil penalty option may be available in lieu of a plate surrender. The option to pay a civil penalty is available only once during a 36-month period. Civil penalties can be paid on the NYS DMV website. Please refer to the enclosed card for more information.

**IF THE VEHICLE IS NOT INSURED - SURRENDER YOUR REGISTRATION & LICENSE PLATES IMMEDIATELY**
An uninsured vehicle cannot be driven. The quickest and easiest way to turn in your registration and license plates is to mail them with the bottom portion of this letter to: **NYS DEPARTMENT OF MOTOR VEHICLES, 6 EMPIRE STATE PLAZA, ROOM B240, ALBANY, NY 12228**. You may also surrender these items, in person, to any DMV office. You will receive a receipt for the surrender of your plates. If the vehicle is uninsured, the term of suspension or civil penalty will accrue **UNTIL YOU ACT** (e.g., surrender your plates, provide proof of insurance with no lapse in coverage).

Section 318 of the New York State Vehicle and Traffic Law requires that all registered vehicles have liability insurance coverage for the entirety of the registration period, even for the vehicle which is not being operated. DMV has no discretion to waive the sanctions or civil penalties for violation of this requirement.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**RETURN PORTION:** If you cannot resolve this matter through our website, mail this portion with your proof. If you receive more than one letter, you must respond to **each letter** and enclose the appropriate contents. You must act immediately to address this issue.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REGISTRANT:    BOZEMAN,EARLEAN,W
               PO BOX 67803
               ROCHESTER NY 14617
    INSURANCE CO:    626-PROGRESSIVE SPEC INS CO
CANCELLATION DATE:    02/22/2024
PLATE NO. & TYPE:    HNM5444 -16-PAS
          VIN:    3GYFNAEY6BS510939
   YEAR & MAKE:    2011 CADIL

     INQUIRY 1:    03/07/2024
   DOCUMENT NO:    0113441075



FS-70B (10/23)

# State of New York
## COMPTROLLER STATE OF NEW YORK - REFUND ACCOUNT
### *REMITTANCE ADVICE*



**NOTICE:** To access remittance information on any one of your NYS payments, visit https://esupplier.sfs.ny.gov/

**JANUARY 09, 2024**    *Thomas P. Dinapole*    Check Number    30772994

| Agency Code | Agency Description | | Telephone Inquiry Number |
|---|---|---|---|
| DMV01 | Department of Motor Vehicles | | 518/474-0904 |

| Voucher Number | Payee Reference/Invoice Number |
|---|---|
| R0496OY | R0496OY    CVL PNLTY |

*CK. Amount $208.00*
*CK. March 2, 2024*

Refund Type Description

**REFUND FROM THE NYS DEPARTMENT OF MOTOR VEHICLES**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS REFUND,**

**CALL (518)474-0902**

*Ryan A'zele*

---

**021293    P    30772994    DMV01**

**STATE OF NEW YORK**
**OFFICE OF THE STATE COMPTROLLER**
**ALBANY, NEW YORK  12236-0001**

DMV01    R0496OY

| PRESORTED |
|---|
| FIRST-CLASS MAIL |
| U.S. POSTAGE |
| PAID |
| NYSOSC |

**BOZEMAN EARLEAN W**
**PO BOX 67803**
**ROCHESTER,                    NY 14617-7803**

 **Department of Motor Vehicles**

# RESTORATION NOTICE
dmv.ny.gov



01/03/2024

BOZEMAN,EARLEAN,W
PO BOX 67803
ROCHESTER NY 14617

| Identification No. | Date of Birth | Plate No. & Type | Exp. Date | Order No. | Effective Date |
|---|---|---|---|---|---|
| B15961 61772 424253-47 | 06/23/1947 | HNM5444 -16-PAS | 03/01/2025 | C202241 | 03/26/2022 |

The above suspension order of your registration and license plates has been rescinded.

REASON: ACCEPTABLE PROOF RECEIVED

DMV will electronically confirm the validity of any paper proof of insurance with the insurance company.

To check the status of your NY driver license or registration, go to dmv.ny.gov/mydmv.

```
REGISTRANT:   BOZEMAN,EARLEAN,W
              PO BOX 67803
              ROCHESTER NY 14617
    INSURANCE CO:  639-GEICO GEN INS CO
CANCELLATION DATE:  01/27/2022
 PLATE NO. & TYPE:  HNM5444 -16-PAS
              VIN:  3GYFNAEY6BS510939
      YEAR & MAKE:  2011 CADIL


   REG SUSP ORDER NO:  C202241
```

FS-70W (2/22)

Progressive List of Brokers For Aggressive Employees:

Agent Choice (Broker, Sharon underwriter)
1 800-935-7322

Robert Lane Progressive Underwriter Auto
Quote: 255 East Ave. Suite 300 Roch. 14404
Phone: 585-506-4275

Paris Kuran Associate Broker For Program
255 East Ave. Suite 300 Rach. 14604
Phone: 585-473-8000

Progressive Max Insurance Co.
PO Box 31260, Tampa, Florida 33 631

7